# EXHIBIT 1

ELECTRONICALLY FILED
1/18/2019 2:51 PM
48-CV-2019-900006.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>48<br><br>Date of Filing:   Judge Code:<br>01/18/2019 |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA
**PERSONAL TOUCH BY JR RIVAS, INC. v. REDWOOD FIRE AND CASUALTY INSURANCE COMPANY**

**First Plaintiff:** ☑ Business   ☐ Individual      **First Defendant:** ☑ Business   ☐ Individual
☐ Government   ☐ Other                              ☐ Government   ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER

R ☐ REMANDED      T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO      **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

DIN002      1/18/2019 2:51:55 PM      /s/ WOODFORD W. DINNING JR.
                Date                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**      ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**      ☐ YES ☐ NO

ELECTRONICALLY FILED
1/18/2019 2:51 PM
48-CV-2019-900006.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

## IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

| | | |
|---|---|---|
| **PERSONAL TOUCH BY JR RIVAS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | 48-CV-2018-_____ |
| | § | |
| **REDWOOD FIRE AND CASUALTY** | § | |
| **INSURANCE,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## COMPLAINT

COMES NOW the Plaintiff, **Personal Touch by JR Rivas, Inc.**, along with its attorney, and respectfully files this Complaint with the Court, submitting unto the Court as follows:

1)      The Plaintiff, **Personal Touch by JR Rivas, Inc.**, is an Alabama corporation with its principal place of business being in Demopolis, Marengo County, Alabama.

2)      The Defendant, **Redwood Fire and Casualty Insurance**, is a worker compensation insurance company that provided workers compensation insurance for the Plaintiff, namely Policy Number PEWC814155 (hereinafter referred to as "Redwood").

3)      The Plaintiff has an employee, namely Veronica Mancilla Aguilar, who was injured on or about May 19, 2018, while employed and working for the Plaintiff, in the line and scope of her employment. At the time of said injury, said policy of workers compensation insurance was in full force and effect.

4)      The Defendant, **Redwood Fire and Casualty Insurance**, failed or refused to comply with the provisions of said workers compensation policy for many, many months.  Finally, in September 2018, Redwood approved the claim.

5)      Simultaneously with the approval of the claim, Redwood terminated the policy of insurance between Redwood and the Plaintiff, resulting in the Plaintiff having to take extraordinary measures to

1

secure a replacement policy, with said replacement policy having an excessive premium and an initial fee, all of which would not have been incurred except for the wrongful termination of said policy.

## COUNT ONE

6)      The Plaintiff re-alleges each and every allegation of paragraphs one (1) through five (5) within this Count One of the Complaint.

7)      The Defendant, Redwood, provided a policy of insurance to the Plaintiff to cover medical benefits and compensation benefits for injured employees.  When presented with a lawful claim, Redwood attempted to deny coverage of same for many weeks, and eventually terminated the contract of insurance at the same time it approved coverage of the claim.

8)      The Plaintiff has suffered damages from the wrongful termination and breach of contract by Redwood.

WHEREFORE, the premises considered, your Plaintiff demands judgment against the Defendant, **Redwood Fire and Casualty Insurance**, in an amount to be determined by a Jury, said amount being Seventy-Four Thousand Five Hundred and No/100s ($74,500.00) Dollars, or less.

## COUNT TWO

9)      The Plaintiff re-alleges each and every allegation of paragraphs one (1) through eight (8) within this Count Two of the Complaint.

10)     The Defendant, Redwood, provided a policy of workers compensation insurance to the Plaintiff, and the Plaintiff paid the premium for same, having paid in excess of Six Hundred Sixty-Five Thousand Two Hundred and No/100s ($665,200.00) Dollars.

11)     An employee of the Plaintiff filed a claim under said workers compensation insurance policy, as shown in Count One, above, and the Defendant retaliated against the Plaintiff, and cancelled the workers compensation insurance policy which had less than two (2) months before it expired.

12)     The Defendant had a duty to provide coverage for the employees of the Plaintiff, and the Defendant has breached said agreement and terminated the insurance policy in retaliation for a claim being

2

filed.  The early cancellation without cause resulted in the Plaintiff having to incur significant expense in trying to promptly replace said insurance policy while being stigmatized for the early termination.

WHEREFORE, the premises considered, your Plaintiff demands judgment against the Defendant, **Redwood Fire and Casualty Insurance**, in an amount to be determined by a Jury, consisting of compensatory damages, said total damages claimed in Count One and Count Two of this Complaint being Seventy-Four Thousand Five Hundred and No/100s ($74,500.00) Dollars, or less.

RESPECTFULLY submitted this the ___18___ day of ___JANUARY___, 2019.

PERSONAL TOUCH BY JR RIVAS, INC.

By: _____
        JR RIVAS

_____
WOODFORD W. DINNING, JR.
Attorney for the Plaintiff

OF COUNSEL:

LLOYD & DINNING, L.L.C.
Post Office Drawer 740
501 N. Walnut Avenue
Demopolis, Alabama 36732
Telephone:  (334) 289-0556

_____
Facsimile:  (334) 289-5506

ELECTRONICALLY FILED
1/18/2019 2:51 PM
48-CV-2019-900006.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

## IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

| | | |
|---|---|---|
| PERSONAL TOUCH BY JR RIVAS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 48-CV-2018-_____ |
| | § | |
| REDWOOD FIRE AND CASUALTY | § | |
| INSURANCE, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## JURY DEMAND

COMES NOW the Plaintiff, and respectfully files this Complaint and requests that a Jury determine all issues in cause.

RESPECTFULLY submitted this the ___18___ day of ___January___, 2019.

_____
WOODFORD W. DINNING, JR.
Attorney for the Plaintiff

OF COUNSEL:

LLOYD & DINNING, L.L.C.
Post Office Drawer 740
501 N. Walnut Avenue
Demopolis, Alabama 36732
Telephone: (334) 289-0556
_____
Facsimile: (334) 289-5506

1



AlaFile E-Notice

48-CV-2019-900006.00

To:  WOODFORD W. DINNING JR.
wwdjr@ldllc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following complaint was FILED on 1/18/2019 2:52:36 PM

Notice Date:     1/18/2019 2:52:36 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2019-900006.00

To:  REDWOOD FIRE AND CASUALTY INSURANCE COMPANY
1314 DOUGLAS STREET
SUITE 1300
OMAHA, NE, 68102

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following complaint was FILED on 1/18/2019 2:52:36 PM

Notice Date:     1/18/2019 2:52:36 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>48-CV-2019-900006.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA
**PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC**

NOTICE TO: REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, 1314 DOUGLAS STREET SUITE 1300, OMAHA, NE 68102

(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), WOODFORD W. DINNING JR.

[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 740, DEMOPOLIS, AL 36732

[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of RIVAS, INC.     PERSONAL TOUCH BY JR

pursuant to the Alabama Rules of the Civil Procedure.     *[Name(s)]*

| 1/18/2019 2:52:36 PM | /s/ KENNY FREEMAN | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ WOODFORD W. DINNING JR.

(Plaintiff's/Attorney's Signature)

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

(Name of Person Served)        (Name of County)

Alabama on _____.

(Date)

(Address of Server)

_____     _____

(Type of Process Server)       (Server's Signature)

_____

(Server's Printed Name)       (Phone Number of Server)



AlaFile E-Notice

48-CV-2019-900006.00

Judge: HON. EDDIE HARDAWAY

To:  DINNING WOODFORD WYNDHAM
wwdjr@ldllc.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following matter was served on 1/28/2019

**D001 REDWOOD FIRE AND CASUALTY INSURANCE COMPANY**
**Corresponding To**
CERTIFIED MAIL

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

REDWOOD FIRE AND CASUALTY INSURANCE COMPANY

1314 DOUGLAS STREET

SUITE 1300

OMAHA, NE 68102

CV-2019-90006

9590 9402 3830 8032 5811 00

2. Article Number (Transfer from service label)

7018 1830 0000 8764 9114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    icted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

CV-2019-900006

## Product Tracking & Reporting

Help

**USPS** UNITED STATES POSTAL SERVICE®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | February 05, 2019 |

### USPS Tracking Intranet
### Delivery Signature and Address

 **\*\*ATTENTION\*\*** Please note that "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service. Thank you for your support.

Last Updated: 8/30/2018

Tracking Number: 7016 1630 0000 8704 8954

This item was delivered on 01/28/2019 at 04:26:00

< Return to Tracking Number View

Delivery Section

Signature: *Jenifer Bonnstetter*

**JENNIFER BONNSTETTER**

Address: *Natl. Indemnity*

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▾    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 19.2.2.0.12

**FILED**

FEB 06 2019

KENNY FREEMAN, CLERK
Marengo Co. Alabama



ELECTRONICALLY FILED
2/27/2019 4:01 PM
48-CV-2019-900006.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

## IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

| | |
|---|---|
| **PERSONAL TOUCH BY JR RIVAS, INC.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.: CV-2019-900006** |
| | ) |
| **REDWOOD FIRE AND CASUALTY** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT REDWOOD FIRE AND CASUALTY INSURANCE COMPANY'S ANSWER

**COMES NOW** Defendant, identified in the Complaint as Redwood Fire and Casualty Insurance ("Redwood") and files this as its answer to Plaintiff's Complaint, stating:

1.      The allegations of this paragraph are not directed at Redwood and thus require no response from Redwood. Moreover, Redwood is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

2.      Redwood admits that it is a company that provides workers compensation insurance.  Redwood admits that it provided workers compensation insurance to Personal Touch by JR Rivas, Inc. under policy number PEWC814155.

3.      Redwood admits that May 19, 2018 was during the policy period of the policy issued to Personal Touch by JR Rivas, Inc., PEWC814155. Redwood denies the remaining allegations of this paragraph as stated.

4.      Redwood states that it accepted Ms. Mancilla Aguilar's claim in August 2018.  Redwood denies the remaining allegations of this paragraph.

5.      Redwood admits that it approved Ms. Mancilla Aguilar's claim.  Redwood admits that it terminated the insurance policy of Personal Touch by JR Rivas, Inc. Redwood denies the remaining allegations of this paragraph.

## COUNT ONE

6.      Redwood incorporates by reference every applicable response set forth in paragraphs 1-5 above as though fully set forth herein.

7.      Redwood admits that it provided a policy of insurance to Personal Touch by JR Rivas, Inc.  Redwood states that the terms of the policy speak for themselves. Redwood denies that it attempted to deny coverage.  Redwood admits that it terminated the policy.  Redwood denies that it engaged in any wrongful conduct.

8.      Denied.

In response to the unnumbered paragraph following paragraph 8, Redwood specifically denies that Plaintiff is entitled to any damages or relief from Redwood.

## COUNT TWO

9.      Redwood incorporates by reference every applicable response set forth in paragraphs 1-8 above as though fully set forth herein.

10.     Redwood admits that it provided a policy of insurance to Personal Touch by JR Rivas, Inc.  Redwood admits that premium was paid but denies that an amount in excess of $665,200 was paid for policy number PEWC814155.

11.     Redwood admits that Ms. Mancilla Aguilar filed a claim.  Redwood admits that it canceled the policy of insurance and that the effective date of the cancellation was less than two months before the end of the policy period.  Redwood denies the remaining allegations of this paragraph.

12.     Redwood states that it honored its obligations under the policy and denies that it breached the agreement.   Redwood denies the remaining allegations of this paragraph.

In response to the unnumbered paragraph following paragraph 12, Redwood specifically denies that Plaintiff is entitled to any damages or relief from Redwood.

## AFFIRMATIVE DEFENSES

Without assuming any burden of pleading or proof that otherwise rests on Plaintiff, Redwood sets forth the following:

## FIRST DEFENSE

To the extent any factual allegations in the Complaint have not been expressly admitted or denied, they are hereby denied.

## SECOND DEFENSE

Plaintiff's Complaint fails to state a claim against Redwood upon which relief can be granted.

## THIRD DEFENSE

Plaintiff's claims are barred by the terms and conditions of the insurance policy.

## FOURTH DEFENSE

Redwood denies that it breached the contract between it and Plaintiff.

## FIFTH DEFENSE

Plaintiff's claims for damages are barred, in whole or in part, by Plaintiff's failure to mitigate damages.

## SIXTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver or estoppel.

## SEVENTH DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

## EIGHTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by Plaintiff's misrepresentation(s) and/or fraud.

## NINTH DEFENSE

Plaintiff's claims are barred by Plaintiff's own breach of contract.

## TENTH DEFENSE

Redwood reserves the right to assert additional and/or different defenses in light of facts and circumstances revealed by discovery in this case.

Respectfully submitted,

/s/ Connie Ray Stockham
Connie Ray Stockham (STO040)
Hannah Mebane Thrasher (MEB001)
Attorneys for Defendant
Redwood Fire and Casualty Insurance Company

OF COUNSEL:
**STOCKHAM, COOPER & POTTS, P.C.**
1111 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Telephone:   205.776.9000
Email:          cstockham@scplaw.net
                    hthrasher@scplaw.net

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 27th day of February, 2019, electronically filed the foregoing with the Clerk of Court using the AlaFile system which will send notification of such filing to the counsel of record for all parties to this proceeding.

Woodford W. Dinning, Jr.
Lloyd & Dinning, L.L.C.
Post Office Drawer 740
501 N. Walnut Avenue
Demopolis, AL 36732

/s/ Connie Ray Stockham
OF COUNSEL



AlaFile E-Notice

48-CV-2019-900006.00

To:   CONNIE RAY STOCKHAM
cstockham@scplaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following answer was FILED on 2/27/2019 4:01:01 PM

Notice Date:     2/27/2019 4:01:01 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2019-900006.00

To:  REDWOOD FIRE AND CASUALTY INSURANCE COMPANY (PRO S
     1314 DOUGLAS STREET
     SUITE 1300
     OMAHA, NE, 68102-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following answer was FILED on 2/27/2019 4:01:01 PM

Notice Date:     2/27/2019 4:01:01 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2019-900006.00

To:   DINNING WOODFORD WYNDHAM
      wwdjr@ldllc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following answer was FILED on 2/27/2019 4:01:01 PM

Notice Date:     2/27/2019 4:01:01 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



ELECTRONICALLY FILED
5/15/2019 4:18 PM
48-CV-2019-900006.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

## IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

| | |
|---|---|
| **PERSONAL TOUCH BY JR RIVAS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.:  CV-2019-900006** |
| | ) |
| **REDWOOD FIRE AND CASUALTY** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>NOTICE OF SERVICE OF DISCOVERY</u>

Defendant Redwood Fire and Casualty Insurance Company gives notice that the

following document was served on all parties:

1.  Defendant Redwood Fire and Casualty Insurance Company's First Discovery

Requests to Plaintiff.


*/s/ Hannah M. Thrasher*
Connie Ray Stockham (STO040)
Hannah Mebane Thrasher (MEB001)
ATTORNEYS FOR DEFENDANT, REDWOOD FIRE AND
CASUALTY INSURANCE COMPANY


OF COUNSEL:
**STOCKHAM, COOPER & POTTS, P.C.**
1111 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Telephone:  205.776.9000
Email:      cstockham@scplaw.net
            hthrasher@scplaw.net

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on this the 15th day of May, 2019, electronically filed the foregoing with the Clerk of Court using the AlaFile system which will send notification of such filing to the counsel of record for all parties to this proceeding.

Woodford W. Dinning, Jr.
Lloyd & Dinning, L.L.C.
Post Office Drawer 740
501 N. Walnut Avenue
Demopolis, AL 36732

*/s/ Hannah M. Thrasher*
OF COUNSEL



AlaFile E-Notice

48-CV-2019-900006.00

To:   HANNAH MEBANE THRASHER
      hthrasher@scplaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following discovery was FILED on 5/15/2019 4:20:00 PM

Notice Date:     5/15/2019 4:20:00 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2019-900006.00

To:  DINNING WOODFORD WYNDHAM
     wwdjr@ldllc.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following discovery was FILED on 5/15/2019 4:20:00 PM

Notice Date:     5/15/2019 4:20:00 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2019-900006.00

To:  STOCKHAM CONNIE RAY
     cstockham@scplaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following discovery was FILED on 5/15/2019 4:20:00 PM

Notice Date:     5/15/2019 4:20:00 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov

ELECTRONICALLY FILED
8/23/2019 12:52 PM
48-CV-2019-900006.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

# STATE OF ALABAMA

**Unified Judicial System**

48-MARENGO

Revised 3/5/08

☐ District Court   ☑ Circuit Court

Case

CV2

**CIVIL MOTION COVER SHEET**

PERSONAL TOUCH BY JR RIVAS, INC. V.
REDWOOD FIRE AND CASUALTY INSURANC

*Name of Filing Party:* D001 - REDWOOD FIRE AND CASUALTY
INSURANCE COMPANY

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

HANNAH MEBANE THRASHER

1111 Financial Center, 505 20th Street North

BIRMINGHAM, AL 35203

*Attorney Bar No.:* MEB001

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| ☐ Judgment on the Pleadings ($50.00) | ☑ Compel |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Consolidation |
| | ☐ Continue |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Deposition |
| | ☐ Designate a Mediator |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Motion to Intervene ($297.00) | ☐ Disburse Funds |
| ☐ Other _____ | ☐ Extension of Time |
| pursuant to Rule _____ ($50.00) | ☐ In Limine |
| | ☐ Joinder |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ More Definite Statement |
| | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| ☐ Local Court Costs $ 0 _____ | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

Check here if you have filed  or are filing contemoraneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐

Date:

8/23/2019 12:51:14 PM

Signature of Attorney or Party

/s/ HANNAH MEBANE THRASHER

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
8/23/2019 12:52 PM
48-CV-2019-900006.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

## IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

| | |
|---|---|
| **PERSONAL TOUCH BY JR RIVAS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) CIVIL ACTION NO.:  CV-2019-900006 |
| | ) |
| **REDWOOD FIRE AND CASUALTY** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION TO COMPEL

**COMES NOW** Defendant Redwood Fire and Casualty Insurance Company, and respectfully requests the Court enter an Order compelling Plaintiff to respond to Defendant's discovery requests. As grounds for this Motion, Defendant states as follows:

1.      On May 15, 2019, Defendant propounded interrogatories and requests for production to Plaintiff.

2.      On July 3, 2019, counsel for Defendant wrote to Plaintiff's counsel requesting Plaintiff respond to the outstanding discovery requests within 21 days.  (*See* Exhibit A.)

3.      As of the filing of this Motion, Plaintiff has not provided responses to Defendant's Interrogatories or Requests for Production.

**WHEREFORE**, Defendant respectfully requests that the Court enter an order compelling Plaintiff to respond to Defendant's Interrogatories and Requests for Production within the next 14 days.

Respectfully submitted,

/s/ Hannah M. Thrasher
Connie Ray Stockham (STO040)
Hannah Mebane Thrasher (MEB001)
Attorneys for Defendant
Redwood Fire and Casualty Insurance Company

OF COUNSEL:
**STOCKHAM, COOPER & POTTS, P.C.**
1111 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Telephone:   205.776.9000
Email:       cstockham@scplaw.net
             hthrasher@scplaw.net

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this the 23rd day of August, 2019, electronically filed the foregoing with the Clerk of Court using the AlaFile system which will send notification of such filing to the counsel of record for all parties to this proceeding.

Woodford W. Dinning, Jr.
Lloyd & Dinning, L.L.C.
Post Office Drawer 740
501 N. Walnut Avenue
Demopolis, AL 36732

/s/ Hannah M. Thrasher
OF COUNSEL



AlaFile E-Notice

48-CV-2019-900006.00

Judge: HON. EDDIE HARDAWAY

To:   HANNAH MEBANE THRASHER
      hthrasher@scplaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following matter was FILED on 8/23/2019 12:53:24 PM

D001 REDWOOD FIRE AND CASUALTY INSURANCE COMPANY
MOTION TO COMPEL
[Filer: THRASHER HANNAH MEBANE]

Notice Date:     8/23/2019 12:53:24 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2019-900006.00

Judge: HON. EDDIE HARDAWAY

To:   DINNING WOODFORD WYNDHAM
wwdjr@ldllc.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following matter was FILED on 8/23/2019 12:53:24 PM

D001 REDWOOD FIRE AND CASUALTY INSURANCE COMPANY
MOTION TO COMPEL
[Filer: THRASHER HANNAH MEBANE]

Notice Date:      8/23/2019 12:53:24 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2019-900006.00

Judge: HON. EDDIE HARDAWAY

To:  STOCKHAM CONNIE RAY
     cstockham@scplaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following matter was FILED on 8/23/2019 12:53:24 PM

D001 REDWOOD FIRE AND CASUALTY INSURANCE COMPANY
MOTION TO COMPEL
[Filer: THRASHER HANNAH MEBANE]

Notice Date:     8/23/2019 12:53:24 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov

ELECTRONICALLY FILED
8/26/2019 12:34 PM
48-CV-2019-900006.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

## IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

| | | |
|---|---|---|
| **PERSONAL TOUCH BY JR RIVAS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **48-CV-2019-900006.00** |
| | § | |
| **REDWOOD FIRE AND CASUALTY** | § | |
| **INSURANCE,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

### NOTICE OF FILING DISCOVERY RESPONSES

COMES NOW the Plaintiff, acting by and through its undersigned attorney of record, and respectfully shows unto the Court that Responses to the Defendant's First Discovery Requests, have been filed in this case and served on all parties through their attorney of record.

RESPECTFULLY submitted this, the ⟨6⟩ day of ⟨August⟩, 2019.

WOODFORD W. DINNING, JR.
Attorney for the Plaintiff

OF COUNSEL:

LLOYD & DINNING, L.L.C.
Post Office Drawer 740
501 North Walnut Avenue
Demopolis, Alabama 36732
Telephone: (334) 289-0556

Facsimile: (334) 289-5506

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing pleading upon all counsel

of record and/or parties of record to this proceeding by electronic transmission and/or U.S. Postal Service

on this, the _6_ day of _August_, 2019.

Connie Ray Stockham, Esq.
Hanna M. Thrasher, Esq.
Stockham, Cooper & Potts, P.C.
505 North 20th Street, Suite 1111
Birmingham, Alabama  35203

OF COUNSEL



AlaFile E-Notice

48-CV-2019-900006.00

To:  WOODFORD W. DINNING JR.
     wwdjr@ldllc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following discovery was FILED on 8/26/2019 12:35:25 PM

Notice Date:      8/26/2019 12:35:25 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2019-900006.00

To:  STOCKHAM CONNIE RAY
     cstockham@scplaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following discovery was FILED on 8/26/2019 12:35:25 PM

Notice Date:     8/26/2019 12:35:25 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov



AlaFile E-Notice

48-CV-2019-900006.00

To:  THRASHER HANNAH MEBANE
hthrasher@scplaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following discovery was FILED on 8/26/2019 12:35:25 PM

Notice Date:      8/26/2019 12:35:25 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov