# EXHIBIT 2



AlaFile E-Notice

48-CV-2019-900006.00

To:  THRASHER HANNAH MEBANE
hthrasher@scplaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

PERSONAL TOUCH BY JR RIVAS, INC. V. REDWOOD FIRE AND CASUALTY INSURANC
48-CV-2019-900006.00

The following discovery was FILED on 8/26/2019 12:35:25 PM

Notice Date:     8/26/2019 12:35:25 PM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL, 36748

334-295-2219
kenny.freeman@alacourt.gov

DOCUMENT 15
Case 2:19-cv-00704-KD-B   Document 1-2   Filed 09/23/19   Page 3 of 4   PageID #: 48
ELECTRONICALLY FILED
8/26/2019 12:34 PM
48-CV-2019-900006.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

| | |
|---|---|
| PERSONAL TOUCH BY JR RIVAS, INC., | § |
| Plaintiff, | § |
| vs. | § 48-CV-2019-900006.00 |
| REDWOOD FIRE AND CASUALTY INSURANCE, | § |
| Defendant. | § |

**NOTICE OF FILING DISCOVERY RESPONSES**

COMES NOW the Plaintiff, acting by and through its undersigned attorney of record, and respectfully shows unto the Court that Responses to the Defendant's First Discovery Requests, have been filed in this case and served on all parties through their attorney of record.

RESPECTFULLY submitted this, the __6__ day of __August__, 2019.

_____
WOODFORD W. DINNING, JR.
Attorney for the Plaintiff

OF COUNSEL:

LLOYD & DINNING, L.L.C.
Post Office Drawer 740
501 North Walnut Avenue
Demopolis, Alabama 36732
Telephone: (334) 289-0556

Facsimile: (334) 289-5506

1

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing pleading upon all counsel of record and/or parties of record to this proceeding by electronic transmission and/or U.S. Postal Service on this, the 6 day of August, 2019.

Connie Ray Stockham, Esq.
Hanna M. Thrasher, Esq.
Stockham, Cooper & Potts, P.C.
505 North 20th Street, Suite 1111
Birmingham, Alabama 35203

OF COUNSEL