# EXHIBIT 4



**LLOYD & DINNING, L.L.C.**
ATTORNEYS AT LAW
POST OFFICE DRAWER 740
DEMOPOLIS, ALABAMA 36732



Connie Ray Stockham, Esq.
Stockham, Cooper & Potts, P.C.
505 North 20th Street, Suite 1111
Birmingham, Alabama 35203





UNITED STATES POSTAGE
PITNEY BOWES
$ 008.75⁰
02 1P
00027203463
AUG 26 2019
MAILED FROM ZIP CODE 36732

# LLOYD & DINNING, L.L.C.
## ATTORNEYS AT LAW

THOMAS H. BOGGS, JR.
WOODFORD W. DINNING, JR.
ALEXANDER F. BRASWELL

HEATHER ROBERTSON HILL

FIRM MAILING ADDRESS:
POST OFFICE DRAWER 740
DEMOPOLIS, ALABAMA 36732

HUGH A. LLOYD
(1918-2008)

WOODFORD W. DINNING
(1915-1998)

August 26, 2019

Connie Ray Stockham, Esq.
Stockham, Cooper & Potts, P.C.
505 North 20th Street, Suite 1111
Birmingham, Alabama 35203

RE: *Personal Touch by JR Rivas, Inc. v. Redwood Fire and Casualty Insurance*
48-CV-2019-900006.00

Dear Connie:

Enclosed please find the Answers to the Interrogatories and the Responses to the Requests for Production of Documents. We have enclosed copies of documents that we secured from our client, and have also enclosed a flash drive for the information we secured from Marengo Insurance Agency. If there are any questions or problems, do not hesitate to call.

Sincerely,

LLOYD & DINNING, L.L.C.

Woodford W. Dinning, Jr.

WWDjr/tns

Enclosures as noted.

501 NORTH WALNUT
DEMOPOLIS, AL 36732
TELEPHONE (334) 289-0556 • FAX (334) 289-5506

201 EAST COATS AVENUE
LINDEN, AL 36748
TELEPHONE (334) 295-8782 • FAX (334) 295-0919