IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PERSONAL TOUCH BY J. R. RIVAS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-cv-00704-KD-M |
| | § | |
| REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### AFFIDAVIT IN SUPPORT OF MOTION TO REMAND

COMES NOW the undersigned, J. R. Rivas, owner of Personal Touch by J. R. Rivas, Inc., and respectfully files this Affidavit with the Court, submitting unto the Court as follows:

1. The undersigned is the owner of Personal Touch by J. R. Rivas, Inc.

2. Personal Touch by J. R. Rivas, Inc. has filed suit in the Marengo County Circuit Court seeking damages from Redwood Fire and Casualty Insurance Company concerning a worker's compensation policy, said amount claimed being **less than Seventy-Four Thousand Five Hundred and No/100s ($74,500.00) Dollars**.

3. The Plaintiff, acting by and through its owner, herein stipulates to this Honorable Court that said amount claimed is less than Seventy-Four Thousand Five Hundred and No/100s ($74,500.00) Dollars, and Plaintiff acknowledges that the amount claimed is capped or limited to said amount.

GIVEN under my hand and seal this, the 27th day of September, 2019.

_____
J. R. RIVAS

1

STATE OF ALABAMA

MARENGO COUNTY

Before me, the undersigned authority in and for said county in said state, personally appeared J. R. Rivas, who is known to me and who, after being by me first duly sworn, did depose and state that the facts contained in the foregoing Affidavit are true and correct.

SWORN to and SUBSCRIBED to before me on this, the 27th day of September, 2019.



NOTARY PUBLIC
My Commission Expires:   TONYA SCHROEDER
A Notary Public of Alabama
My Commission Expires November 5, 2019

TONYA SCHROEDER
A Notary Public of Alabama
My Commission Expires November 5, 2019