IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PERSONAL TOUCH BY J. R. RIVAS, INC. § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> REDWOOD FIRE AND CASUALTY § <br> INSURANCE COMPANY, § <br> § <br> Defendant. § | 2:19-cv-00704-KD-M |

DISCLOSURE STATEMENT

COMES NOW the Plaintiff, Personal Touch by J. R. Rivas, Inc., and pursuant to the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of the S.D. Ala. Civ. L.R. 7.1:

This Plaintiff is an Alabama corporation, and is solely owned by J. R. Rivas, a resident of Marengo County, Alabama.

RESPECTFULLY submitted this, the 1st day of October, 2019.

WOODFORD W. DINNING, JR.
ASB-8970-D52W
LLOYD & DINNING, L.L.C.
Post Office Drawer 740
501 North Walnut Avenue
Demopolis, Alabama 36732
Telephone: (334) 289-0556
Facsimile: (334) 289-5506
wwdjr@ldllc.com
Attorney for the Plaintiff

1

CERTIFICATE OF SERVICE

I, certify that on this, the 1st day of October, 2019, I served the foregoing upon counsel for the Defendants by sending the same via U.S. Mail, postage prepaid, and by electronic mail to:

Connie Ray Stockham, Esq.
Hanna M. Thrasher, Esq.
Stockham, Cooper & Potts, P.C.
505 North 20th Street, Suite 1111
Birmingham, Alabama 35203

_____
WOODFORD W. DINNING, JR.