IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PERSONAL TOUCH BY J.R. RIVAS, INC. <br><br> Plaintiff, <br><br> v. <br><br> REDWOOD FIRE AND CASUALTY INSURANCE COMPANY <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No.: 2:19-cv-00704-KD-B ) ) ) ) ) ) |

## REDWOOD FIRE AND CASUALTY INSURANCE COMPANY'S RESPONSE TO MOTION TO REMAND

Defendant Redwood Fire and Casualty Insurance Company ("Redwood"), files this as its Response to Plaintiff Personal Touch by JR Rivas, Inc.'s ("Personal Touch") Motion to Remand.

1. Redwood filed its Notice of Removal on September 23, 2019. (Doc. 1.) The Notice of Removal explained that the case was not removable at its inception due to a limitation in the *ad damnum* of the Complaint. Redwood filed its Notice of Removal after receiving interrogatory responses provided by Personal Touch that itemized damages in excess of $75,000. (*See* Doc. 1-3.)

2. Personal Touch filed a Motion to Remand, attaching an affidavit of J. R. Rivas, the owner of Personal Touch. (*See* Doc. 3-1.) In the affidavit, Personal

Touch stipulates that the amount claimed in the lawsuit is less than $74,500 and that Personal Touch "acknowledges that the amount claimed is capped or limited to said amount." (*Id.* ¶ 3.)

3. On October 14, 2019, Plaintiff's counsel sent Defendant's counsel a letter stating that Plaintiff will not increase its claim above $74,500, will not amend its Complaint to seek a higher amount, will not ask the jury for greater than that amount, and will not accept a verdict of a higher amount. (*See* Letter from Woodford W. Dinning, attached hereto as Exhibit 1.)

4. Based on the representations in the affidavit and the letter, Redwood does not oppose remand.

Respectfully submitted,

/s/ Connie Ray Stockham
Connie Ray Stockham (ASB-6238-K69C)
Hannah Mebane Thrasher (ASB-4334-H58M)
Attorneys for Defendant
Redwood Fire and Casualty Insurance Company

OF COUNSEL:
**STOCKHAM, COOPER & POTTS, P.C.**
1111 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Telephone:  205.776.9000
Email:      cstockham@scplaw.net
            hthrasher@scplaw.net

## **CERTIFICATE OF SERVICE**

 I do hereby certify that I have on this the 15th day of October, 2019 served a copy of the foregoing document by filing with CM/ECF, which will send a notification to the following:

Woodford W. Dinning, Jr.
Lloyd & Dinning, L.L.C.
Post Office Drawer 740
501 N. Walnut Avenue
Demopolis, AL 36732

        /s/ Connie Ray Stockham
        OF COUNSEL

# Exhibit 1

# LLOYD & DINNING, L.L.C.
## ATTORNEYS AT LAW

THOMAS H. BOGGS, JR.
WOODFORD W. DINNING, JR.
ALEXANDER F. BRASWELL

HEATHER ROBERTSON HILL

FIRM MAILING ADDRESS:
POST OFFICE DRAWER 740
DEMOPOLIS, ALABAMA 36732

HUGH A. LLOYD
(1918-2008)

WOODFORD W. DINNING
(1915-1998)

October 14, 2019

Connie Ray Stockham, Esq.
Stockham, Cooper & Potts, P.C.
505 North 20th Street, Suite 1111
Birmingham, Alabama 35203

RE: *Personal Touch by JR Rivas, Inc. v. Redwood Fire and Casualty Insurance*
Marengo County Circuit Court: 48-CV-2019-900006.00 and
U.S. District Court: 2:19-cv-00704-KD-M

Dear Connie:

This will confirm our telephone conversation of Monday, October 14, 2019. As stated in my original Complaint, the Plaintiff claims Seventy-Four Thousand Five Hundred ($74,500.00) Dollars, or less, and will make no effort to increase that claim. As we discussed, in the event the case is remanded, we will not amend our Complaint to claim more than Seventy-Four Thousand Five Hundred ($74,500.00) Dollars. Finally, in the trial of the case, we will not ask a jury for more than Seventy-Four Thousand Five Hundred ($74,500.00) Dollars, and will not accept a verdict higher than that amount. Hopefully tis alleviates the concerns you and your client have.

Sincerely,

LLOYD & DINNING, L.L.C.

Woodford W. Dinning, Jr.

WWDjr/tns

501 NORTH WALNUT
DEMOPOLIS, AL 36732
TELEPHONE (334) 289-0556 • FAX (334) 289-5506

201 EAST COATS AVENUE
LINDEN, AL 36748
TELEPHONE (334) 295-8782 • FAX (334) 295-0919